UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IVAN QUINTERO MILIAN,

      Petitioner,

v.                                      Case No.:  2:26-cv-01104-SPC-DNF

TODD BLANCHE *et al.*,

      Respondents.

                                /

## OPINION AND ORDER

Before the Court is petitioner Ivan Quitero Milian's construed motion for miscellaneous relief (Doc. 12) and the federal government's response (Doc. 13). Quintero Milian filed this habeas action to challenge the legality of his immigration detention under the Fifth Amendment and *Zadvydas v. Davis*, 533 U.S. 678 (2001).  The Court found no significant likelihood Quintero Milian would be removed in the reasonably foreseeable future.  But in light of Quintero Milian's criminal history, the Court gave the government an opportunity to determine whether his detention is necessary to protect the public.  In their response, the federal respondents state that under the facts of this case, concerns about dangerousness do not justify continued detention. Quintero Milian is thus entitled to release from detention, but he remains subject to reasonable conditions of supervision.

Accordingly, it is hereby

**ORDERED:**

Ivan Quintero Milian's Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED**.

1. The respondents shall release Quintero Milian within 24 hours of this Order, and they shall give him telephone access so he may arrange transportation from the facility.

2. The Clerk is **DIRECTED** to terminate the pending motions and deadlines as moot, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on May 18, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record